**Dismissed and Memorandum Opinion filed August 15, 2023**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-23-00451-CV

### ANETRAL  HALL, Appellant

### V.

### WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-24128**

## MEMORANDUM  OPINION

This is a restricted appeal from a judgment signed December 30, 2022. The notice of appeal was filed June 26, 2023. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On July 27, 2023, this court ordered appellant to pay the appellate filing fee on or before August 7, 2023 or the appeal would be dismissed. Appellant has not

paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Poissant.